■ MORGAN ORSINI, Individually and as Administrator of the Estate of SUSAN CASPER, Deceased, et al., Respondents, v STEVEN POSTEL, as Executor of ALLEN H. POSTEL, Deceased, Appellant. [694 NYS2d 50] —Order, Supreme Court, New York County (Karla Moskowitz, J.), entered on or about December 29, 1997, which denied defendant's motion for summary judgment dismissing the complaint for medical malpractice as time-barred, unanimously affirmed, without costs.

Subsequent to defendant's decedent doctor's operation upon plaintiff's decedent to remove a malignant melanoma, plaintiff's decedent, at the doctor's instruction, returned from time to time over a period of years to the doctor's office for dermatological examinations during which the doctor routinely checked for a recurrence of melanoma. Since there is a triable issue of fact as to whether these post-operative examinations constituted continuous treatment for melanoma, the recurrence of which the doctor allegedly failed by reason of malpractice to timely diagnose, defendant's motion to dismiss the complaint as time-barred was properly denied. If the subject post-operative examinations did constitute continuous treatment for melanoma, the applicable statutory period would have been tolled for the duration of the treatment rendering the instant action against the doctor timely (*see, Garcia-Alano v Guttman Breast*

*Diagnostic Inst.*, 188 AD2d 262, *lv dismissed* 81 NY2d 1007). Concur—Mazzarelli, J. P., Rubin, Andrias and Buckley, JJ.